# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-60288

VARRY EDWARDS ANDERSON; MARTHA RUSH; LILLIE EDWARDS; CALVIN BEASLEY; BOBBY BANKS, JR; EDGAR DOUGLAS; ROSIETTA GROWDY; LYNDELL HENDERSON; DANNY HENDERSON; GEORGIA JENKINS; MARGARET ANDERSON; DAVID ANDERSON

Plaintiffs - Appellants

v.

GENERAL MOTORS ACCEPTANCE CORPORATION; GENERAL MOTORS CORPORATION; YAZOO MOTOR COMPANY; HERRIN-GEAR CHEVROLET COMPANY INC; ALL STAR MOTORS; GREENVILLE AUTO MALL INC; YAZOO MOTORS; ROGERS USURY CHEVROLET; ROBERT OLSON; CLAUDE POTTER; RICHARD VOSS; DEREK WRIGHT; UNKNOWN DEFENDANTS, "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused the injuries and damages to the plaintiff, all of whose true and correct names, are unknown; BLACKWELL CHEVROLET CO

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Mississippi

Before JOLLY, BARKSDALE, AND BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.